| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name")* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Argyle, Michael | 8/24/1967 | Michigan | Eastern District of Michigan | No | Yes | No | Kidney Cancer | I-IV, VI-IX |
| 2 | Baker, Dennis | 6/13/1941 | Texas | District of Rhode Island | No | Yes | No | Kidney Cancer | I-IV, VI-IX |
| 3 | Berthelot Dupre, Heidi | 5/30/1970 | Louisiana | Eastern District of Louisiana | No | Yes | No | Kidney Cancer | I-IV, VI-IX |
| 4 | Bogen, David | 2/1/1965 | Arizona | District of Arizona | No | Yes | No | Kidney Cancer | I-IV, VI-IX |
| 5 | Calvo, Carlos | 8/20/1956 | California | Central District of California | No | Yes | No | Kidney Cancer | I-IV, VI-IX |
| 6 | Carey, Brian | 4/20/1990 | Virginia | Eastern District of Virginia | Yes | Yes | Yes | Testicular Cancer | I-IV, VI-IX |
| 7 | Cicora, Cheryl o/b/o Scott Cicora, Deceased | 7/5/1957 | North Carolina | District of South Carolina | No | Yes | No | Kidney Cancer | I-IV, VI-XI |
| 8 | Cleary, Jennifer | 10/25/1972 | Oregon | District of Oregon | No | Yes | No | Kidney Cancer | I-IV, VI-IX |
| 9 | Cook, Kenneth | 11/11/1950 | North Carolina | Southern District of West Virginia | No | Yes | No | Kidney Cancer, Thyroid Disease | I-IV, VI-IX |
| 10 | Crass, Darold | 10/26/1982 | Wisconsin | Western District of Wisconsin | No | Yes | No | Kidney Cancer | I-IV, VI-IX |
| 11 | Cunningham, Edward | 6/2/1957 | Michigan | Western District of Michigan | No | Yes | No | Kidney Cancer | I-IV, VI-IX |
| 12 | Davalos, Jose | 3/12/1984 | California | Northern District of California | No | Yes | No | Testicular Cancer | I-IV, VI-IX |
| 13 | Davalos, Sofia O. | 12/6/1985 | California | Northern District of California | Spouse (see above) | Spouse (see above) | Spouse (see above) | Loss of Consortium | XI |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name")* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 14 | Dennis, Gary | 8/21/1994 | Oregon | District of Oregon | Yes | Yes | Yes | Testicular Cancer | I-IV, VI-IX |
| 15 | Dickover, Wesley | 7/8/1942 | Florida | Western District of North Carolina | No | Yes | No | Kidney Cancer | I-IV, VI-IX |
| 16 | Drewes, Jerry | 11/26/1955 | Mississippi | District of Colorado | No | Yes | No | Kidney Cancer | I-IV, VI-IX |
| 17 | Forney, Jammie | 6/27/1964 | Iowa | District of Colorado | No | Yes | No | Kidney Cancer | I-IV, VI-IX |
| 18 | Frost, Kurt | 3/11/1963 | Pennsylvania | Middle District of Pennsylvania | No | Yes | No | Kidney Cancer | I-IV, VI-IX |
| 19 | Fucci, John | 11/1/1953 | Florida | Middle District of Georgia | Yes | Yes | Yes | Kidney Cancer | I-IV, VI-IX |
| 20 | Godina, Joseph | 2/28/1945 | Pennsylvania | Western District of Pennsylvania | No | Yes | No | Kidney Cancer | I-IV, VI-IX |
| 21 | Godina, Paula | 11/19/1942 | Pennsylvania | Western District of Pennsylvania | Spouse (see above) | Spouse (see above) | Spouse (see above) | Loss of Consortium | XI |
| 22 | Gonzales, Joseph | 4/13/1986 | Indiana | Northern District of California | No | Yes | No | Testicular Cancer | I-IV, VI-IX |
| 23 | Gorbett-Frost, Elizabeth o/b/o John Waddle, Deceased | 10/6/1961 | California | Central District of California | No | Yes | No | Kidney Cancer | I-IV, VI-X |
| 24 | Guilfoyle, Joseph | 7/30/1984 | New York | Western District Court of New York | No | Yes | No | Kidney Cancer | I-IV, VI-IX |
| 25 | Hamby, Melvin | 12/22/1951 | North Carolina | Western District of North Carolina | No | Yes | No | Kidney Cancer | I-IV, VI-IX |

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name") | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 26 | Hamby, Judy C. | 2/11/1953 | North Carolina | Western District of North Carolina | Spouse (see above) | Spouse (see above) | Spouse (see above) | Loss of Consortium | XI |
| 27 | Harrow, Dennis | 7/13/1954 | North Carolina | District of Maryland | No | No | No | Kidney Cancer | I-IV, VI-IX |
| 28 | Harrow, Teresa | 8/15/1955 | North Carolina | District of Maryland | Spouse (see above) | Spouse (see above) | Spouse (see above) | Loss of Consortium | XI |
| 29 | Harvey, Alfred | 4/24/1962 | Pennsylvania | District of New Jersey | No | Yes | No | Kidney Cancer | I-IV, VI-IX |
| 30 | Haynes, Mary | 8/26/1960 | Tennessee | Northern District of Illinois | No | Yes | No | Kidney Cancer | I-IV, VI-IX |
| 31 | Hildebrand, Dennis | 4/26/1957 | Arizona | District of Arizona | No | Yes | No | Kidney Cancer | I-IV, VI-IX |
| 32 | Miller-Hildebrand, Gail | 7/6/1957 | Arizona | District of Arizona | Spouse (see above) | Spouse (see above) | Spouse (see above) | Loss of Consortium | XI |
| 33 | Hunt, Walter | 5/4/1959 | Massachusetts | District of Massachusetts | No | Yes | No | Kidney Cancer | I-IV, VI-IX |
| 34 | Johnson, Paul | 10/17/1981 | Michigan | Western District of Michigan | No | Yes | No | Testicular Cancer | I-IV, VI-IX |
| 35 | Knorr, Mandy | 5/29/1986 | Ohio | Southern District of Ohio | No | Yes | No | Kidney Cancer | I-IV, VI-IX |
| 36 | Lariviere, Ernest | 9/11/1948 | Florida | District of Connecticut | No | Yes | No | Kidney Cancer | I-IV, VI-IX |
| 37 | Lariviere, Diane | 10/24/1950 | Florida | District of Connecticut | Spouse (see above) | Spouse (see above) | Spouse (see above) | Loss of Consortium | XI |
| 39 | Linton, Timothy | 12/24/1964 | Florida | District of Maryland | Yes | Yes | Yes | Testicular Cancer | I-IV, VI-IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name")* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 38 | Lopez, Stephanie | 5/6/1960 | Pennsylvania | Eastern District of Pennsylvania | No | Yes | No | Kidney Cancer | I-IV, VI-IX |
| 40 | Luckett, Andrew | 11/27/1951 | California | Northern District of California | No | Yes | No | Kidney Cancer | I-IV, VI-IX |
| 41 | Matias, Ambiorix | 10/9/1978 | New York | Southern District of New York | No | Yes | No | Kidney Cancer | I-IV, VI-IX |
| 42 | Mays, Donna o/b/o Mark Mays, Deceased | 12/5/1957 | Idaho | Northern District of California | No | Yes | No | Kidney Cancer | I-IV, VI-XI |
| 43 | McBride, Lauraine | 8/1/1956 | Illinois | Northern District of Illinois | No | Yes | No | Kidney Cancer | I-IV, VI-IX |
| 44 | Miranda, Ernest | 12/5/1951 | California | Northern District of California | Yes | Yes | Yes | Kidney Cancer | I-IV, VI-IX |
| 45 | Moll, Ellen | 7/26/1946 | Texas | Northern District of California | No | Yes | No | Kidney Cancer | I-IV, VI-IX |
| 46 | Monchik, William | 2/8/1986 | New York | Eastern District of New York | No | Yes | No | Testicular Cancer | I-IV, VI-IX |
| 47 | O'Driscoll, Judy | 12/19/1943 | Utah | District of Utah | No | Yes | No | Kidney Cancer | I-IV, VI-IX |
| 48 | Ornelas, Martin | 2/23/1988 | California | Central District of California | No | Yes | No | Testicular Cancer | I-IV, VI-IX |
| 49 | Palacio, Ernesto | 1/14/1982 | California | Central District of California | No | Yes | No | Testicular Cancer | I-IV, VI-IX |
| 50 | Patterson, David | 5/5/1954 | Alabama | Northen District of Alabama | No | Yes | No | Kidney Cancer | I-IV, VI-IX |
| 51 | Patterson, Debra | 2/20/1953 | Alabama | Northern District of Alabama | Spouse (see above) | Spouse (see above) | Spouse (see above) | Loss of Consortium | XI |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name")* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 52 | Peterson-Rachuy, Denese | 2/22/1957 | California | Central District of California | No | Yes | No | Kidney Cancer | I-IV, VI-IX |
| 53 | Rodels, Lee | 10/24/1958 | Arizona | Eastern District of New York | No | Yes | No | Kidney Cancer | I-IV, VI-IX |
| 54 | Rosales, Joaquin | 1/17/1972 | California | Central District of California | Yes | Yes | Yes | Kidney Cancer | I-IV, VI-IX |
| 55 | Rosales, Renee | 10/1/1975 | California | Central District of California | Spouse (see above) | Spouse (see above) | Spouse (see above) | Loss of Consortium | XI |
| 56 | Sager, Matthew | 10/31/1984 | California | Southern District of California | No | Yes | No | Testicular Cancer | I-IV, VI-IX |
| 57 | Seamans, Mark o/b/o Filomena Seamans, Deceased | 7/22/1942 | New York | Eastern District of New York | No | Yes | No | Kidney Cancer | I-IV, VI-X |
| 58 | Smith, Lea | 10/29/1967 | Arkansas | Eastern District of North Carolina | No | Yes | No | Kidney Cancer | I-IV, VI-IX |
| 59 | Smith, Charles | 2/27/1965 | Arkansas | Eastern District of North Carolina | Spouse (see above) | Spouse (see above) | Spouse (see above) | Loss of Consortium | XI |
| 60 | Snow, Daniel | 2/5/1952 | South Carolina | District of South Carolina | No | Yes | No | Kidney Cancer | I-IV, VI-IX |
| 61 | Sterman, Jennifer | 11/4/1992 | Michigan | Western District of Michigan | No | Yes | No | Kidney Cancer | I-IV, VI-IX |
| 62 | Terrebonne, Gary | 6/5/1951 | Louisiana | Eastern District of Louisiana | Yes | Yes | Yes | Kidney Cancer | I-IV, VI-IX |
| 63 | Tognozzi, Andrew | 1/3/1991 | California | Northen District of California | Yes | Yes | Yes | Testicular Cancer | I-IV, VI-IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name")* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 64 | VonBuskirk, Robert | 6/7/1955 | New York | District of New Jersey | No | Yes | No | Kidney Cancer | I-IV, VI-IX |
| 65 | Wacker, Angela | 6/7/1978 | Minnesota | District of Minesota | No | Yes | No | Kidney Cancer | I-IV, VI-IX |
| 66 | Wale, Jereme | 3/25/1978 | Texas | Southern District of Texas | No | Yes | No | Kidney Cancer | I-IV, VI-IX |
| 67 | Wale, Jennifer | 4/9/1990 | Texas | Southern District of Texas | Spouse (see above) | Spouse (see above) | Spouse (see above) | Loss of Consortium | XI |
| 68 | Ward, Steve | 12/4/1956 | Montana | Eastern District of Washington | No | Yes | No | Kidney Cancer | I-IV, VI-IX |
| 69 | Ward, Sydney | 7/20/1969 | Montana | Eastern District of Washington | Spouse (see above) | Spouse (see above) | Spouse (see above) | Loss of Consortium | XI |
| 70 | Wise, Michael | 12/15/1956 | Pennsylvania | Middle District of Pennsylvania | No | Yes | No | Kidney Cancer | I-IV, VI-IX |
| 71 | Wright, Jerry | 3/4/1947 | Washington | Western District of Washington | No | Yes | No | Kidney Cancer | I-IV, VI-IX |
| 72 | Wright, Judith | 1/10/1946 | Washington | Western District of Washington | Spouse (see above) | Spouse (see above) | Spouse (see above) | Loss of Consortium | XI |